**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7393

PAUL EMMANUEL PELHAM,

Plaintiff - Appellant,

versus

KEITH CAIN; STEVEN LANIER; MARSHALL EVANS;
CLINT SIMPSON; MICKEY SMITH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
District Judge. (CA-03-134-5-H)

Submitted: January 28, 2005          Decided: February 16, 2005

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul Emmanuel Pelham, Appellant Pro Se.  Mark Allen Davis, WOMBLE,
CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Emmanuel Pelham appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Pelham v. Cain, No. CA-03-134-5-H (E.D.N.C. Aug. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED